BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| NRF USA, Inc. | § | Case No.: |
| | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: October 9, 2026

Robert T. Black/President and CEO
Signer/Title

Date: October 9, 2026

*/s/ Thomas D. Berghman*

Signature of Attorney
Thomas D. Berghman 24082683
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St. Ste 4000
Dallas, TX 75201
214-855-7500 Fax: 214-855-7584

32-0452468
Debtor's Social Security/Tax ID No.

Joint Debtor's Social Security/Tax ID No.