**Fill in this information to identify the case:**

Debtor name NRF USA, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known) 26-80087

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2026

x /s/ Robert T. Black
Signature of individual signing on behalf of debtor

Robert T. Black
Printed name

President and CEO
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | NRF USA, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known): | 26-80087 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Peggy Ann Cook<br>1140 FM 2104<br>Smithville, TX 78957 | | Royalty Payable | | | | $224,226.01 |
| McElroy, Sullivan, Miller & Weber LLP<br>500 W 5th St<br>Austin, TX 78701 | | Legal Fees | | | | $223,610.94 |
| Shannon, Lee, Beatty LLP<br>2100 Travis St.<br>Suite 1525<br>Houston, TX 77002 | | Professional fees | | | | $177,960.52 |
| MKS Services LLC<br>6389 US-79 N.<br>Palestine, TX 75801 | | Contract Services | | | | $92,964.20 |
| Texas Osage Royalty Pool Inc.<br>8602 Crownhill Blvd<br>San Antonio, TX 78209 | | Royalty Payable | | | | $73,277.79 |
| Novak Diesel Services, LLC<br>711 TX-111 N.<br>Edna, TX 77957 | | Equipment Services | | | | $68,276.28 |
| Veritas Restructuring Group<br>717 Texas Ave.<br>12th Floor<br>Houston, TX 77002 | | Professional Fees | | | | $58,215.00 |
| Seay Oil & Gas Ltd.<br>204 Hannhas Way<br>Burnet, TX 78611 | | Royalty Payable | | | | $51,991.91 |
| David M. Cook<br>1140 FM 2104<br>Smithville, TX 78957 | | Royalty Payable | | | | $48,084.82 |

Debtor NRF USA, Inc.
Name

Case number *(if known)* 26-80087

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Insperity<br>19001 Crescent Springs Drive<br>Kingwood, TX 77339 | | HR Services | | | | $47,852.11 |
| Nancy K. Cook Falk<br>1424 NE 8th Street<br>Smithville, TX 78957 | | Royalty Payable | | | | $46,900.07 |
| Linda S. Cook Meuth<br>2374 County Road 209<br>Giddings, TX 78942 | | Royalty Payable | | | | $45,870.62 |
| Noack Oil Co LLC<br>120 E Bell<br>Rockdale, TX 76567 | | Royalty Payable | | | | $45,837.38 |
| L&R Drilling Company<br>PO Box 949<br>Giddings, TX 78942 | | Royalty Payable | | | | $44,846.51 |
| E A Noack O&G LLC<br>120 E Bell<br>Rockdale, TX 76567 | | Royalty Payable | | | | $44,249.57 |
| Noack Family Partnership Ltd<br>116 E Bell<br>Rockdale, TX 76567 | | Royalty Payable | | | | $43,139.80 |
| Discorbis Oil Company<br>9310 Broadway Suite 201<br>San Antonio, TX 78217 | | Royalty Payable | | | | $36,296.41 |
| Navarro Well Service LLC<br>120 E. Bell Ave<br>Rockdale, TX 76567 | | Well Services | | | | $33,627.87 |
| Tryton Tool USA Inc.<br>1006 Schriewer Street<br>Seguin, TX 78155 | | Equipment Supplier | | | | $31,598.18 |
| Seidel Schroeder<br>2707 S. Market Street<br>Brenham, TX 77833 | | Accounting Services | | | | $31,276.25 |