CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 12, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| NRF USA INC., *et al.*, | § | Case No. 26-80087-mvl-11 |
| | § | |
| Debtors.[1] | § | Jointly Administered |

**ORDER AUTHORIZING THE DEBTORS TO FILE A CONSOLIDATED LIST OF TOP 30 UNSECURED CREDITORS AND CONSOLIDATED LIST OF CREDITORS**

CAME ON the *Motion for Entry of an Order (I) Authorizing the Debtors to File a Consolidated List of Top 30 Unsecured Creditors and Consolidated List of Creditors, and (II) Granting Related Relief* (the "Motion")[2] filed by NRF USA Inc. ("NRF"), Trivista Oil Co., LLC ("Trivista Oil"), and Trivista Operating LLC ("Trivista Operating," and together, the "Debtors"), the debtors-in-possession in the above styled and numbered bankruptcy cases (the "Bankruptcy Case"). Having considered the Motion, the statements and testimony in support of the relief

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: NRF USA Inc. (2468), Trivista Oil Co., LLC (1045), and Trivista Operating LLC (8699). The location of the Debtors' service address is 2954 Cr 208 Giddings, TX 78942.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

requested in the Motion at a hearing before the Court (the "Hearing"), if any, and the record and docket of the Bankruptcy Case, the Court finds that: (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) the Motion constitutes a core proceeding pursuant to 28 U.S.C. § 157(b) as to which this Court has the constitutional authority to enter this final order; (iv) the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and (v) the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein. Accordingly, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED on a final basis as set forth herein.

2. The Debtors are authorized to file a single consolidated list of their top 30 unsecured creditors in the lead case, NRF USA Inc., Case No. 26-80087-mvl-11.

3. The Debtors are authorized to file a single consolidated creditor matrix in the lead case, NRF USA Inc., Case No. 26-80087-mvl-11.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

# # # END OF ORDER # # #

Submitted by:

Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
J. Kyle Jaksa, Esq.
Texas Bar No. 24120923
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone: (214) 855-7500
E-mail: drukavina@munsch.com
tberghman@munsch.com
kjaksa@munsch.com

PROPOSED COUNSEL TO THE DEBTORS