**POST_PETITION VERSION - includes Claim Purchase Agreements executed after the 10/09/2026 petition date (marked POST-PETITION, with signature dates). Not the petition-date Schedules of Assets and Liabilities.**



**Fill in this information to identify the case:**

Debtor name NRF USA, Inc.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80087

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ Undetermined |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ Undetermined |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ 0.00 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ 0.00 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name NRF USA, Inc.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80087

❑ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
❑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|
| 2. **Cash on hand** | $____________ |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. ____________ | ____________ | ___ ___ ___ ___ | $____________ |
| 3.2. ____________ | ____________ | ___ ___ ___ ___ | $____________ |

4. **Other cash equivalents** *(Identify all)*

4.1. ____________ $____________

4.2. ____________ $____________

5. **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. $____________

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
❑ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. ____________ $____________

7.2. ____________ $____________

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.______________________________ $______________

8.2.______________________________ $______________

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $______________

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: ____________ face amount – ____________ doubtful or uncollectible accounts = ........➔ $______________

11b. Over 90 days old: ____________ face amount – ____________ doubtful or uncollectible accounts = ........➔ $______________

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $______________

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: / % of ownership: | | |
| 15.1. TRIVISTA OIL CO. LLC — 100 % | N/A | $ Undetermined |
| 15.2. TRIVISTA OPERATING LLC — 100 % | N/A | $ Undetermined |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $ Undetermined

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
   - [X] No. Go to Part 6.
   - [ ] Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | | MM / DD / YYYY | $ | | $ |
| 20. | **Work in progress** | | | | |
| | | MM / DD / YYYY | $ | | $ |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | | MM / DD / YYYY | $ | | $ |
| 22. | **Other inventory or supplies** | | | | |
| | | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
   Add lines 19 through 22. Copy the total to line 84. $

24. **Is any of the property listed in Part 5 perishable?**
   - [ ] No
   - [ ] Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - [ ] No
   - [ ] Yes. Book value ______ Valuation method______ Current value______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - [ ] No
   - [ ] Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   - [X] No. Go to Part 7.
   - [ ] Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops—either planted or harvested** | | | |
| | | $ | | $ |
| 29. | **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | | $ | | $ |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | $ | | $ |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| | | $ | | $ |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $____________________

34. **Is the debtor a member of an agricultural cooperative?**

- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

- ☐ No
- ☐ Yes. Book value $_____________ Valuation method _________________ Current value $______________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☒ No. Go to Part 8.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| ______________________ | $_______________ | ___________________ | $____________________ |
| 40. **Office fixtures** | | | |
| ______________________ | $_______________ | ___________________ | $____________________ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| ______________________ | $_______________ | ___________________ | $____________________ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1______________________ | $_______________ | ___________________ | $____________________ |
| 42.2______________________ | $_______________ | ___________________ | $____________________ |
| 42.3______________________ | $_______________ | ___________________ | $____________________ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $____________________

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

- ☐ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

- ☐ No
- ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- [X] No. Go to Part 9.
- [ ] Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. $

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

- [ ] No
- [ ] Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- [ ] No
- [ ] Yes

Debtor NRF USA, Inc. Case number (if known) 26-80087
Name

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
- [x] No. Go to Part 10.
- [ ] Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 | | $ | | $ |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- [ ] No
- [ ] Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- [ ] No
- [ ] Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- [x] No. Go to Part 11.
- [ ] Yes. Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ Total face amount – doubtful or uncollectible amount = → $______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ $______
______ Tax year ______ $______
______ Tax year ______ $______

73. **Interests in insurance policies or annuities**
______ $______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
See attached continuation sheet for line 74 (6 items) $ Undetermined
**Nature of claim** See attached continuation sheet
**Amount requested** $______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ $______
**Nature of claim** ______
**Amount requested** $______

76. **Trusts, equitable or future interests in property**
______ $______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ $______
______ $______

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $ Undetermined

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ Undetermined | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $ Undetermined | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $ Undetermined

Debtor **NRF USA, Inc.** Case number (if known) **26-80087**

Official Form 206A/B — Schedule A/B: Assets — Real and Personal Property

## Attachment to Schedule A/B, Part 11: All other assets, Line 74

Causes of action against third parties (whether or not a lawsuit has been filed). Continuation of Official Form 206A/B, line 74; amounts on this attachment are included in the total for Part 11.

**Items 74.4-74.6 arise from Claim Purchase Agreements signed after the 10/09/2026 petition date (POST-PETITION).**

| Line | Description of cause of action | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|---|
| 74.1 | CLAIMS ASSIGNED TO DEBTOR (D/B/A MAINST CLAIMS) UNDER CLAIM PURCHASE AGREEMENT EFF. 10/5/2026 BY PALEO GARAGE WORKS LLC, PALEO AUTOMOTIVE, INC., PALEO AUTOMOTIVE, LLC, BLACK AUTOMOTIVE MANAGEMENT, INC. AND BBBB GP, LLC, AGAINST ODK CAPITAL, LLC (ONDECK), FORWARD FINANCING LLC, SIMPLY FUNDING, LLC, FOREST CAPITAL GROUP LLC, FOX FUNDING GROUP LLC, OVERTON FUNDING LLC, MAISON CAPITAL GROUP INC, OAKWOOD BUSINESS FUNDING LLC, BREEZE ADVANCE, LLC, DELTA CAPITAL, FOX BUSINESS FUNDING, STRIPE CAPITAL AND RELATED PARTIES | ASSIGNED CLAIMS ARISING FROM MERCHANT CASH ADVANCE TRANSACTIONS (USURY AND RELATED CLAIMS); NET RECOVERIES SHARED 50/50 WITH ASSIGNOR(S) AFTER DEBTOR'S COSTS | Undetermined | Undetermined |
| 74.2 | CLAIMS ASSIGNED TO DEBTOR (D/B/A MAINST CLAIMS) UNDER CLAIM PURCHASE AGREEMENT EFF. 10/6/2026 BY DUCT PROFESSOR, INC., AGAINST LG FUNDING LLC, 1STOPCAP INC D/B/A 1 STOP CAP, SPLASH ADVANCE, LLC, NOVUS CAPITAL FUNDING II LLC AND RELATED PARTIES | ASSIGNED CLAIMS ARISING FROM MERCHANT CASH ADVANCE TRANSACTIONS (USURY AND RELATED CLAIMS); NET RECOVERIES SHARED 50/50 WITH ASSIGNOR(S) AFTER DEBTOR'S COSTS | Undetermined | Undetermined |
| 74.3 | CLAIMS ASSIGNED TO DEBTOR (D/B/A MAINST CLAIMS) UNDER CLAIM PURCHASE AGREEMENT EFF. 10/7/2026 BY A PEACEFUL MIND COUNSELLING LLC, AGAINST CFG MERCHANT SOLUTIONS, LLC AND RELATED PARTIES | ASSIGNED CLAIMS ARISING FROM MERCHANT CASH ADVANCE TRANSACTIONS (USURY AND RELATED CLAIMS); NET RECOVERIES SHARED 50/50 WITH ASSIGNOR(S) AFTER DEBTOR'S COSTS | Undetermined | Undetermined |
| 74.4 | CLAIMS ASSIGNED TO DEBTOR (D/B/A MAINST CLAIMS) UNDER CLAIM PURCHASE AGREEMENT EFF. 10/20/2026 BY MARVELOUS SMILES, LLC, AGAINST KAPITUS LLC (KAPITUS) AND RELATED PARTIES. POST-PETITION: SIGNED BY ASSIGNOR AND NRF 10/20/2026 | ASSIGNED CLAIMS ARISING FROM MERCHANT CASH ADVANCE TRANSACTIONS (USURY AND RELATED CLAIMS); NET RECOVERIES SHARED 50/50 WITH ASSIGNOR(S) AFTER DEBTOR'S COSTS | Undetermined | Undetermined |
| 74.5 | CLAIMS ASSIGNED TO DEBTOR (D/B/A MAINST CLAIMS) UNDER SUPPLEMENT EFF. 10/27/2026 TO THE MARVELOUS SMILES CLAIM PURCHASE AGREEMENT, BY HOUSTON SKYLINE DENTAL LLC (ADDITIONAL ASSIGNOR) AND MARVELOUS SMILES, LLC, AGAINST ODK CAPITAL, LLC (ONDECK) AND RELATED PARTIES. POST-PETITION: SIGNED BY ASSIGNORS AND NRF 10/27/2026 | ASSIGNED CLAIMS ARISING FROM MERCHANT CASH ADVANCE TRANSACTIONS (USURY AND RELATED CLAIMS); NET RECOVERIES SHARED 50/50 WITH ASSIGNOR(S) AFTER DEBTOR'S COSTS | Undetermined | Undetermined |
| 74.6 | CLAIMS ASSIGNED TO DEBTOR (D/B/A MAINST CLAIMS) UNDER CLAIM PURCHASE AGREEMENT EFF. 10/16/2026 BY SA BAKERY LLC AND SA BAKERY CO LLC, AGAINST SQUARE FINANCIAL SERVICES, INC., BLOCK, INC. AND RELATED PARTIES. POST-PETITION: SIGNED BY ASSIGNORS 10/16/2026 AND BY NRF 11/12/2026 | ASSIGNED CLAIMS ARISING FROM MERCHANT CASH ADVANCE TRANSACTIONS (USURY AND RELATED CLAIMS); NET RECOVERIES SHARED 50/50 WITH ASSIGNOR(S) AFTER DEBTOR'S COSTS | Undetermined | Undetermined |
| | **Total of attachment for line 74** | | | **Undetermined** |

**Fill in this information to identify the case:**

Debtor name NRF USA, Inc.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80087

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name** ____________

**Describe debtor's property that is subject to a lien** ____________ $__________ $__________

**Creditor's mailing address** ____________

**Describe the lien** ____________

**Creditor's email address, if known** ____________

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** ____________

**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name** ____________

**Describe debtor's property that is subject to a lien** ____________ $__________ $__________

**Creditor's mailing address** ____________

**Describe the lien** ____________

**Creditor's email address, if known** ____________

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** ____________

**Last 4 digits of account number** _ _ _ _

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $__________

**Fill in this information to identify the case:**

Debtor NRF USA, Inc.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known) 26-80087

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $ | $ |
| **Date or dates debt was incurred** | **Basis for the claim:** | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

Debtor NRF USA, Inc. Case number (if known) 26-80087

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**

A PEACEFUL MIND COUNSELLING LLC
1300 BAY AREA BLVD, STE B145
HOUSTON, TX 77058

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/07/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.2 Nonpriority creditor's name and mailing address**

BBBB GP, LLC
716 S FRIO ST, STE 110
SAN ANTONIO, TX 78207

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/05/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.3 Nonpriority creditor's name and mailing address**

BLACK AUTOMOTIVE MANAGEMENT, INC.
716 S FRIO ST, STE 110
SAN ANTONIO, TX 78207

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/05/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.4 Nonpriority creditor's name and mailing address**

DUCT PROFESSOR, INC.
15 E PALATINE RD, STE 117
PROSPECT HEIGHTS, IL 60070-1898

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/06/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.5 Nonpriority creditor's name and mailing address**

HOUSTON SKYLINE DENTAL LLC
1220 QUITMAN ST
HOUSTON, TX 77009

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/27/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.6 Nonpriority creditor's name and mailing address**

MARVELOUS SMILES, LLC
1220 QUITMAN ST
HOUSTON, TX 77009-7833

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/20/2026; 10/27/2026

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**
PALEO AUTOMOTIVE, INC.
716 S FRIO ST, STE 110
SAN ANTONIO, TX 78207

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/05/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.8 Nonpriority creditor's name and mailing address**
PALEO AUTOMOTIVE, LLC
716 S FRIO ST, STE 110
SAN ANTONIO, TX 78207

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/05/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.9 Nonpriority creditor's name and mailing address**
PALEO GARAGE WORKS LLC
716 S FRIO ST, STE 110
SAN ANTONIO, TX 78207

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/05/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.10 Nonpriority creditor's name and mailing address**
SA BAKERY CO LLC
8305 BROADWAY
ALAMO HEIGHTS, TX 78209-2006

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/16/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**3.11 Nonpriority creditor's name and mailing address**
SA BAKERY LLC
8305 BROADWAY
ALAMO HEIGHTS, TX 78209-2006

**As of the petition filing date, the claim is:** *Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

$ Undetermined

**Basis for the claim:** CLAIM PURCHASE AGREEMENT

**Date or dates debt was incurred** 10/16/2026
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

**Nonpriority creditor's name and mailing address**
________________
________________
________________

**As of the petition filing date, the claim is:** *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$________________

**Basis for the claim:** ________________

**Date or dates debt was incurred** ________________
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name NRF USA, Inc.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80087 Chapter ____

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/5/2026 (ASSIGNMENT OF MCA-RELATED CLAIMS; DEBTOR IS ASSIGNEE AND LITIGATION AGENT) | PALEO GARAGE WORKS LLC<br>716 S FRIO ST, STE 110<br>SAN ANTONIO, TX 78207 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/5/2026 WITH PALEO GARAGE WORKS LLC (ADDITIONAL ASSIGNOR); DEBTOR IS ASSIGNEE OF MCA-RELATED CLAIMS | PALEO AUTOMOTIVE, INC.<br>716 S FRIO ST, STE 110<br>SAN ANTONIO, TX 78207 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/5/2026 WITH PALEO GARAGE WORKS LLC (ADDITIONAL ASSIGNOR); DEBTOR IS ASSIGNEE OF MCA-RELATED CLAIMS | PALEO AUTOMOTIVE, LLC<br>716 S FRIO ST, STE 110<br>SAN ANTONIO, TX 78207 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/5/2026 WITH PALEO GARAGE WORKS LLC (ADDITIONAL ASSIGNOR); DEBTOR IS ASSIGNEE OF MCA-RELATED CLAIMS | BLACK AUTOMOTIVE MANAGEMENT, INC.<br>716 S FRIO ST, STE 110<br>SAN ANTONIO, TX 78207 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/5/2026 WITH PALEO GARAGE WORKS LLC (ADDITIONAL ASSIGNOR); DEBTOR IS ASSIGNEE OF MCA-RELATED CLAIMS | BBBB GP, LLC<br>716 S FRIO ST, STE 110<br>SAN ANTONIO, TX 78207 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |

Debtor NRF USA, Inc. Case number (if known) 26-80087

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Line | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/6/2026 (ASSIGNMENT OF MCA-RELATED CLAIMS; DEBTOR IS ASSIGNEE AND LITIGATION AGENT) | DUCT PROFESSOR, INC.<br>15 E PALATINE RD, STE 117<br>PROSPECT HEIGHTS, IL 60070-1898 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/7/2026 (ASSIGNMENT OF MCA-RELATED CLAIMS; DEBTOR IS ASSIGNEE AND LITIGATION AGENT) | A PEACEFUL MIND COUNSELLING LLC<br>1300 BAY AREA BLVD, STE B145<br>HOUSTON, TX 77058 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/20/2026 AND SUPPLEMENT EFF. 10/27/2026 (DEBTOR IS ASSIGNEE). POST-PETITION - SIGNED 10/20/2026 AND 10/27/2026 | MARVELOUS SMILES, LLC<br>1220 QUITMAN ST<br>HOUSTON, TX 77009-7833 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLEMENT EFF. 10/27/2026 TO MARVELOUS SMILES CLAIM PURCHASE AGREEMENT (ADDITIONAL ASSIGNOR). POST-PETITION - SIGNED 10/27/2026 | HOUSTON SKYLINE DENTAL LLC<br>1220 QUITMAN ST<br>HOUSTON, TX 77009 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/16/2026 (DEBTOR IS ASSIGNEE). POST-PETITION - SIGNED BY ASSIGNOR 10/16/2026, BY NRF 11/12/2026 | SA BAKERY LLC<br>8305 BROADWAY<br>ALAMO HEIGHTS, TX 78209-2006 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | CLAIM PURCHASE AGREEMENT EFF. 10/16/2026 WITH SA BAKERY LLC (ADDITIONAL ASSIGNOR). POST-PETITION - SIGNED BY ASSIGNOR 10/16/2026, BY NRF 11/12/2026 | SA BAKERY CO LLC<br>8305 BROADWAY<br>ALAMO HEIGHTS, TX 78209-2006 |
| | State the term remaining | PURSUANT TO THE TERMS OF THE CONTRACT | |
| | List the contract number of any government contract | | |
| 2._ | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name NRF USA, Inc.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80087

❑ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case and this filing:**

Debtor Name NRF USA, Inc.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 26-80087

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☒ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☒ Schedule H: Codebtors (Official Form 206H)
- ☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration____________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2026
MM / DD / YYYY

X /s/ Mark Shapiro
Signature of individual signing on behalf of debtor

Mark Shapiro
Printed name

Chief Restructuring Officer
Position or relationship to debtor